USCA1 Opinion

 

%-12345X@PJL SET PAGEPROTECT=AUTO
@PJL SET RESOLUTION=300
@PJL ENTER LANGUAGE=PCL
E*t300R&u600D*r0F&l0O&l0S&l0H&l2a8c1E*p0x0Y*c0t5760x7656Y&l1X*b0M
*p564Y*p1500X(0N(s3t0b0s12.00v10.00h0PUNITED STATES COURT OF APPEALS*p664Y*p1770XFOR THE FIRST CIRCUIT*p764Y*p1800X____________________*p964Y*p300XNo. 94-2264*p1164Y*p1650XUNITED STATES OF AMERICA,*p1364Y*p2130XAppellee,*p1564Y*p2340Xv.*p1764Y*p1740XCHRISTOPHER D. MACKEY,*p1964Y*p1770XDefendant, Appellant.*p2164Y*p1800X____________________*p2364Y*p1080XAPPEAL FROM THE UNITED STATES DISTRICT COURT*p2564Y*p1410XFOR THE DISTRICT OF MASSACHUSETTS*p2764Y*p1200X[Hon. Mark L. Wolf, U.S. District Judge]*p2964Y*p1800X____________________*p3164Y*p2220XBefore*p3364Y*p1710X Boudin, Circuit Judge,*p3564Y*p1530XBownes, Senior Circuit Judge,*p3764Y*p1620X and Lynch, Circuit Judge.*p3964Y*p1800X____________________*p4164Y*p570XJohn D. Fitzpatrick, by Appointment of the Court, for appellant.*p4264Y*p570XB*p+2Xe*p+2Xn*p+2X *p+42XT*p+2X. *p+40XClements, *p+40XAssistant *p+40XUnited *p+40XStates *p+40XAttorney, *p+40Xwith *p+40Xwhom*p4364Y*p300XD*p+2Xo*p+2Xn*p+2Xa*p+2Xl*p+2Xd *p+10XK. *p+10XStern, *p+10XUnited *p+10XStates *p+10XAttorney, *p+10Xwas *p+10Xon *p+10Xbrief *p+10Xfor *p+10Xthe *p+10XUnited*p4464Y*p300XStates.*p4764Y*p1800X____________________*p4964Y*p2040XJuly 9, 1997*p5064Y*p1800X____________________*p2770Y*p2400X*r1A*b2M*b6WºÿÀ³*b3M*b0W*b0W*p3370Y*rB*p2240X*r1A*b2M*b8WÑÿà*b3M*b0W*b0W*p3570Y*rB*p2000X*r1A*b2M*b8W·ÿø*b3M*b0W*b0W*p3770Y*b2M*b8Wì?Ñÿ*b3M*b0W*b0W*p4170Y*rB*p560X*r1A*b2M*b10W»ÿþÀ*b3M*b0W*b0W*p4270Y*b2M*b10WÄÿð·*b3M*b0W*b0W*p4370Y*rB*p288X*r1A*b2M*b10WÈÿþ¢*b3M*b0W*b0W*rB*b0M
*p5864Y*p2310X-2-*p2310X-2-*p684Y*p870XB*p-2XO*p-2XU*p-2XD*p-2XI*p-2XN*p-2X,*p-2X *p-4XC*p-2Xi*p-2Xr*p-2Xc*p-2Xu*p-2Xi*p-2Xt*p-2X *p-4XJ*p-2Xu*p-2Xd*p-2Xg*p-2Xe*p-2X.*p-2X *p-4X *p-2XI*p-2Xn*p-2X *p-2XJ*p-2Xu*p-2Xl*p-2Xy*p-2X *p-2X1*p-2X9*p-2X9*p-2X3*p-2X,*p-2X *p-2Xa*p-2X *p-2Xf*p-2Xe*p-2Xd*p-2Xe*p-2Xr*p-2Xa*p-2Xl*p-2X *p-2Xg*p-2Xr*p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xj*p-2Xu*p-2Xr*p-2Xy*p884Y*p570Xindicted *p+30XChristopher *p+30XMackey *p+30Xunder *p+30X18 *p+30XU.S.C. *p+30X§ *p+30X2113(a) *p+30Xand*p1084Y*p570Xcharged him with four separate robberies of federally insured*p1284Y*p570Xba*p-2Xn*p-2Xk*p-2Xs*p-2X *p-2Xl*p-2Xo*p-2Xc*p-2Xa*p-2Xt*p-2Xe*p-2Xd*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xs*p-2Xa*p-2Xm*p-2Xe*p-2X *p-2Xa*p-2Xr*p-2Xe*p-2Xa*p-2X *p-2Xsoutheast of Boston: the South*p1484Y*p570XS*p+2Xh*p+2Xore *p+22XBank *p+22Xin *p+22XNorth *p+22XWeymouth *p+22X(November *p+22X1991), *p+22Xthe *p+22XWeymouth*p1684Y*p570XCooperative Bank in Weymouth (December 1991), the South Shore*p1884Y*p570XBank in Quincy (February 1992), and the Abington Savings Bank*p2084Y*p570Xin Abington (September 1992). Trial occurred in August 1994.*p2284Y*p870XAt trial, the government's evidence showed that all four*p2484Y*p570Xb*p+2Xa*p+2Xn*p+2Xk*p+2Xs*p+2X *p+22Xh*p+2Xa*p+2Xd*p+2X *p+22Xbeen *p+20Xrobbed *p+20Xby *p+20Xa *p+20Xwhite *p+20Xmale *p+20Xwho *p+20Xcarried *p+20Xa *p+20Xdark-*p2684Y*p570Xco*p-2Xl*p-2Xo*p-2Xr*p-2Xe*p-2Xd*p-2X *p-2Xh*p-2Xa*p-2Xn*p-2Xd*p-2Xg*p-2Xu*p-2Xn*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xw*p-2Xo*p-2Xr*p-2Xe*p-2X *p-2Xs*p-2Xp*p-2Xo*p-2Xr*p-2Xt*p-2Xs*p-2X warm-up clothes, together with*p2884Y*p570Xa scarf and a ski hat that hid his entire face except for his*p3084Y*p570Xe*p+2Xy*p+2Xe*p+2Xs. *p+42X *p+42XPhotographs *p+42Xfrom *p+42Xsurveillance *p+42Xcameras *p+42Xand *p+42Xwitness*p3284Y*p570Xid*p-2Xe*p-2Xn*p-2Xt*p-2Xi*p-2Xf*p-2Xi*p-2Xc*p-2Xa*p-2Xt*p-2Xi*p-2Xo*p-2Xn*p-2Xs*p-2X *p-2Xt*p-2Xe*p-2Xn*p-2Xd*p-2Xe*p-2Xd*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xc*p-2Xo*p-2Xn*p-2Xf*p-2Xi*p-2Xrm that the same individual was*p3484Y*p570Xinvolved *p+18Xin *p+18Xeach *p+18Xrobbery. *p+18X *p+18XIn *p+18Xthe *p+18Xlast *p+18Xrobbery, *p+18Xthe *p+18Xrobber*p3684Y*p570Xremoved *p+20Xhis *p+20Xscarf *p+20Xand *p+20Xski *p+20Xhat *p+20Xas *p+20Xhe *p+20Xleft *p+20Xthe *p+20Xbank *p+20Xand *p+20Xwas*p3884Y*p570Xpositively identified as Mackey by two witnesses.*p4084Y*p870XMackey's *p+36Xgirlfriend *p+34Xowned *p+34Xa *p+34Xcar, *p+34Xavailable *p+34Xto *p+34XMackey*p4284Y*p570Xd*p+2Xu*p+2Xring *p+22Xthe *p+22Xday, *p+22Xwhose *p+22Xlicense *p+22Xplate *p+22Xand *p+22Xappearance *p+22Xmatched*p4484Y*p570Xpa*p-2Xr*p-2Xt*p-2Xi*p-2Xa*p-2Xl*p-2X *p-2Xd*p-2Xe*p-2Xs*p-2Xc*p-2Xr*p-2Xi*p-2Xp*p-2Xt*p-2Xi*p-2Xo*p-2Xn*p-2Xs*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xr*p-2Xo*p-2Xb*p-2Xber's car provided by witnesses*p4684Y*p570Xat*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xs*p-2Xe*p-2Xc*p-2Xo*p-2Xn*p-2Xd*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xt*p-2Xh*p-2Xi*p-2Xr*p-2Xd*p-2X *p-2Xr*p-2Xo*p-2Xb*p-2Xb*p-2Xe*p-2Xr*p-2Xi*p-2Xe*p-2Xs*p-2X.*p-2X *p-2X *p-2XM*p-2Xa*p-2Xc*p-2Xk*p-2Xe*p-2Xy*p-2X *p-2Xo*p-2Xw*p-2Xn*p-2Xe*p-2Xd*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xo*p-2Xf*p-2Xt*p-2Xe*p-2Xn*p-2X *p-2Xw*p-2Xo*p-2Xre*p4884Y*p570Xs*p+2Xw*p+2Xeatshirts, *p+8Xincluding *p+8Xa *p+8Xsweatshirt *p+8Xand *p+8Xscarf *p+8Xmatching *p+8Xthose*p5084Y*p570Xworn *p+30Xin *p+30Xthe *p+30Xthird *p+30Xrobbery. *p+30X *p+30XMackey, *p+30Xhis *p+30Xparents, *p+30Xand *p+30Xhis*p5284Y*p570Xgirlfriend all lived in the vicinity of the robberies.*p690Y*p1328X*r1A*b2M*b10W?ÓÿÀØ*b3M*b0W*b0W*rB*b0M
*p5864Y*p2310X-3-*p2310X-3-*p684Y*p870XT*p+2Xh*p+2Xe*p+2X *p+8Xf*p+2Xi*p+2Xrst *p+6Xthree *p+6Xrobberies *p+6Xnetted *p+6Xthe *p+6Xrobber *p+6Xonly *p+6Xmodest*p884Y*p570Xam*p-2Xo*p-2Xu*p-2Xn*p-2Xt*p-2Xs*p-2X,*p-2X *p-2Xt*p-2Xo*p-2Xt*p-2Xa*p-2Xl*p-2Xl*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xu*p-2Xn*p-2Xd*p-2Xe*p-2Xr*p-2X *p-2X$*p-2X1*p-2X0*p-2X,*p-2X0*p-2X0*p-2X0. In the final robbery, where*p1084Y*p570Xthe robber gained access to the bank vault, he took $321,500.*p1284Y*p570XTh*p-2Xe*p-2X *p-2Xg*p-2Xo*p-2Xv*p-2Xe*p-2Xr*p-2Xn*p-2Xm*p-2Xe*p-2Xn*p-2Xt*p-2X *p-2Xo*p-2Xf*p-2Xf*p-2Xe*p-2Xr*p-2Xe*p-2Xd*p-2X *p-2Xe*p-2Xv*p-2Xi*p-2Xd*p-2Xe*p-2Xn*p-2Xc*p-2Xe*p-2X at trial that, although Mackey*p1484Y*p570Xd*p+2Xi*p+2Xd*p+2X *p+6Xn*p+2Xo*p+2Xt*p+2X *p+6Xhave *p+4Xa *p+4Xsteady *p+4Xjob, *p+4Xhe *p+4Xmade *p+4Xcash *p+4Xexpenditures *p+4Xof *p+4Xmore*p1684Y*p570Xthan $90,000 in the five months following the last robbery.*p1884Y*p870XThe jury convicted Mackey of all four robberies. He now*p2084Y*p570Xap*p-2Xp*p-2Xe*p-2Xa*p-2Xl*p-2Xs*p-2X *p-2Xh*p-2Xi*p-2Xs*p-2X *p-2Xc*p-2Xo*p-2Xn*p-2Xv*p-2Xi*p-2Xc*p-2Xt*p-2Xi*p-2Xo*p-2Xn*p-2Xs*p-2X,*p-2X *p-2Xb*p-2Xu*p-2Xt*p-2X *p-2Xn*p-2Xo*p-2Xt his sentence. In this court,*p2284Y*p570XM*p+2Xa*p+2Xc*p+2Xk*p+2Xe*p+2Xy*p+2X *p+32Xmakes *p+32Xthree *p+32Xclaims *p+32Xof *p+32Xerror, *p+32Xthe *p+32Xlatter *p+32Xtwo *p+32Xbeing*p2484Y*p570Xclosely related.*p2684Y*p870X1. In his first claim of error, Mackey asserts that the*p2884Y*p570Xt*p+2Xr*p+2Xi*p+2Xal *p+6Xjudge *p+6Xerred *p+6Xin *p+6Xrefusing *p+6Xto *p+6Xsever *p+6Xthe *p+6Xlast-in-time *p+6Xbank*p3084Y*p570Xro*p-2Xb*p-2Xb*p-2Xe*p-2Xr*p-2Xy*p-2X *p-2Xc*p-2Xo*p-2Xu*p-2Xn*p-2Xt*p-2X-*p-2X-*p-2Xt*p-2Xh*p-2Xe*p-2X *p-2XA*p-2Xb*p-2Xi*p-2Xn*p-2Xg*p-2Xt*p-2Xo*p-2Xn*p-2X *p-2Xr*p-2Xo*p-2Xb*p-2Xb*p-2Xe*p-2Xr*p-2Xy*p-2X *p-2Xi*p-2Xn*p-2X *p-2XS*p-2Xe*p-2Xp*p-2Xt*p-2Xe*p-2Xm*p-2Xb*p-2Xe*p-2Xr*p-2X *p-2X1*p-2X9*p-2X9*p-2X2*p-2X-*p-2X-*p-2Xf*p-2Xr*p-2Xo*p-2Xm*p-2X *p-2Xt*p-2Xhe*p3284Y*p570Xt*p+2Xh*p+2Xr*p+2Xee *p+6Xearlier *p+6Xrobbery *p+6Xcounts. *p+6X *p+6XThe *p+6Xfour *p+6Xcounts *p+6Xwere *p+6Xproperly*p3484Y*p570Xjo*p-2Xi*p-2Xn*p-2Xe*p-2Xd*p-2X *p-2Xu*p-2Xn*p-2Xd*p-2Xe*p-2Xr*p-2X *p-2XF*p-2Xe*p-2Xd*p-2X.*p-2X *p-2XR*p-2X.*p-2X *p-2XC*p-2Xr*p-2Xi*p-2Xm*p-2X.*p-2X *p-2XP*p-2X.*p-2X *p-2X8*p-2X(*p-2Xa*p-2X)*p-2X *p-2Xa*p-2Xs*p-2X *p-2Xc*p-2Xh*p-2Xa*p-2Xr*p-2Xg*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xo*p-2Xf*p-2Xf*p-2Xe*p-2Xn*p-2Xs*p-2Xe*p-2Xs*p-2X *p-2X"*p-2Xo*p-2Xf*p-2X *p-2Xt*p-2Xhe*p3684Y*p570Xsa*p-2Xm*p-2Xe*p-2X *p-2Xo*p-2Xr*p-2X *p-2Xs*p-2Xi*p-2Xm*p-2Xi*p-2Xl*p-2Xa*p-2Xr*p-2X *p-2Xc*p-2Xh*p-2Xa*p-2Xr*p-2Xa*p-2Xc*p-2Xt*p-2Xe*p-2Xr*p-2X.*p-2X"*p-2X *p-2X *p-2XE*p-2X.*p-2Xg., United States v. Taylor, 54*p3884Y*p570XF*p+2X.*p+2X3d *p+16X967, *p+16X973 *p+16X(1st *p+16XCir. *p+16X1995). *p+16X *p+16XBut *p+16XMackey *p+16Xargues *p+16Xthat *p+16Xthe*p4084Y*p570XA*p+2Xb*p+2Xi*p+2Xn*p+2Xg*p+2Xt*p+2Xon *p+6Xrobbery *p+6Xdiffered *p+6Xin *p+6Xcertain *p+6Xrespects *p+6Xfrom *p+6Xthe *p+6Xother*p4284Y*p570Xth*p-2Xr*p-2Xe*p-2Xe*p-2X,*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xt*p-2X *p-2Xt*p-2Xh*p-2Xi*p-2Xs*p-2X *p-2Xc*p-2Xo*p-2Xu*p-2Xn*p-2Xt*p-2X *p-2Xs*p-2Xh*p-2Xo*p-2Xu*p-2Xld have been severed under Fed.*p4484Y*p570XR. Crim. P. 14 in order to avoid prejudicial "spillover."*p4684Y*p870XWe agree that the eyewitness identification of Mackey in*p4884Y*p570Xthe Abington robbery could have helped persuade the jury that*p5084Y*p570Xhe had also committed the earlier three robberies where there*p5284Y*p570Xwas *p+30Xno *p+30Xsuch *p+30Xdirect *p+30Xidentification. *p+30X *p+30XHowever, *p+30Xthe *p+30Xevidence*p5484Y*p570Xc*p+2Xo*p+2Xn*p+2Xc*p+2Xerning *p+16Xthe *p+16XAbington *p+16Xrobbery *p+16Xwould *p+16Xhave *p+16Xbeen *p+16Xadmissible,*p3690Y*p2240X*r1A*b2M*b24WóÿøúÒÿþóëÿàÏ*b3M*b0W*b0W*rB*b0M
*p5864Y*p2310X-4-*p2310X-4-*p684Y*p570Xev*p-2Xe*p-2Xn*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xa*p-2X *p-2Xs*p-2Xe*p-2Xp*p-2Xa*p-2Xr*p-2Xa*p-2Xt*p-2Xe*p-2X *p-2Xt*p-2Xr*p-2Xi*p-2Xa*p-2Xl*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X other three robbery counts, in*p884Y*p570Xorder to show identity. See Fed. R. Evid. 404(b); Taylor, 54*p1084Y*p570XF.*p-2X3*p-2Xd*p-2X *p-2Xa*p-2Xt*p-2X *p-2X9*p-2X7*p-2X4*p-2X *p-2Xn*p-2X.*p-2X5*p-2X;*p-2X *p-2XU*p-2Xn*p-2Xi*p-2Xt*p-2Xe*p-2Xd*p-2X *p-2XS*p-2Xt*p-2Xa*p-2Xt*p-2Xe*p-2Xs*p-2X *p-2Xv. Levi, 45 F.3d 453, 455 (D.C.*p1284Y*p570XCir.), *p+42Xcert. *p+42Xdenied, *p+42X115 *p+42XS. *p+42XCt. *p+42X2560 *p+42X(1995). *p+42X *p+42XThe *p+42Xsame*p1484Y*p570X"s*p-2Xp*p-2Xi*p-2Xl*p-2Xl*p-2Xo*p-2Xv*p-2Xe*p-2Xr*p-2X"*p-2X *p-2Xw*p-2Xo*p-2Xu*p-2Xl*p-2Xd*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2Xe*p-2Xf*p-2Xo*p-2Xr*p-2Xe*p-2X *p-2Xh*p-2Xa*p-2Xv*p-2Xe*p-2X *p-2Xo*p-2Xc*p-2Xc*p-2Xu*p-2Xr*p-2Xr*p-2Xe*p-2Xd*p-2X,*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xl*p-2Xe*p-2Xg*p-2Xi*p-2Xt*p-2Xi*p-2Xm*p-2Xa*p-2Xt*p-2Xe*p-2Xl*p-2Xy*p-2X *p-2Xs*p-2Xo,*p1684Y*p570Xeven if a severance had been granted.*p1884Y*p870XJo*p-2Xi*p-2Xn*p-2Xd*p-2Xe*p-2Xr*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xc*p-2Xo*p-2Xu*p-2Xn*p-2Xt*p-2Xs*p-2X *p-2Xi*p-2Xs*p-2X *p-2Xo*p-2Xf*p-2Xt*p-2Xe*p-2Xn*p-2X *p-2Xm*p-2Xa*p-2Xi*p-2Xn*p-2Xtained even where evidence*p2084Y*p570Xof *p+6Xone *p+6Xcrime *p+6Xwould *p+6Xnot *p+6Xbe *p+6Xadmissible *p+6Xas *p+6Xsubstantive *p+6Xproof *p+6Xof*p2284Y*p570Xth*p-2Xe*p-2X *p-2Xo*p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2X.*p-2X *p-2X *p-2XB*p-2Xu*p-2Xt*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xi*p-2Xs*p-2X *p-2Xc*p-2Xa*p-2Xs*p-2Xe*p-2X *p-2Xt*p-2Xh*p-2Xe admissibility of the Abington*p2484Y*p570Xr*p+2Xo*p+2Xb*p+2Xb*p+2Xe*p+2Xr*p+2Xy *p+6Xunder *p+6XRule *p+6X404(b) *p+6Xcompletely *p+6Xundermined *p+6Xany *p+6Xclaim *p+6Xof*p2684Y*p570Xunfair prejudice on the three other counts. Levi, 45 F.3d at*p2884Y*p570X45*p-2X5*p-2X.*p-2X *p-2X *p-2XR*p-2Xe*p-2Xf*p-2Xu*p-2Xs*p-2Xa*p-2Xl*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xs*p-2Xe*p-2Xv*p-2Xe*p-2Xr*p-2X *p-2Xu*p-2Xn*p-2Xd*p-2Xe*p-2Xr*p-2X *p-2XR*p-2Xu*p-2Xl*p-2Xe*p-2X *p-2X1*p-2X4*p-2X *p-2Xi*p-2Xs*p-2X *p-2Xr*p-2Xe*p-2Xv*p-2Xi*p-2Xe*p-2Xw*p-2Xe*p-2Xd*p-2X *p-2Xo*p-2Xn*p-2Xl*p-2Xy*p-2X *p-2Xf*p-2Xo*p-2Xr*p-2X *p-2Xa*p-2Xb*p-2Xu*p-2Xse*p3084Y*p570Xof *p+12Xdiscretion, *p+12XTaylor, *p+12X54 *p+12XF.3d *p+12Xat *p+12X974, *p+12Xbut *p+12Xin *p+12Xthis *p+12Xinstance*p3284Y*p570Xrefusal to sever was not error under any standard of review.*p3484Y*p870X2. *p+6X *p+6XMackey's *p+6Xsecond *p+6Xclaim *p+6Xof *p+6Xerror *p+6Xis *p+6Xthat *p+6Xthe *p+6Xdistrict*p3684Y*p570Xjudge *p+24Xshould *p+24Xhave *p+24Xinsisted *p+24Xupon *p+24Xa *p+24Xgrant *p+24Xof *p+24Ximmunity *p+24Xfor *p+24Xa*p3884Y*p570Xp*p+2Xr*p+2Xoposed *p+8Xdefense *p+8Xwitness. *p+8X *p+8XThe *p+8Xwitness, *p+8XMichael *p+8XMunichiello,*p4084Y*p570Xs*p+2Xe*p+2Xr*p+2Xv*p+2Xe*p+2Xd*p+2X *p+12Xas *p+12XMackey's *p+12Xbookie. *p+12X *p+12XIn *p+12XMarch *p+12X1993, *p+12XMunichiello *p+12Xtold*p4284Y*p570Xinvestigating officers from the FBI and the state police that*p4484Y*p570XMa*p-2Xc*p-2Xk*p-2Xe*p-2Xy*p-2X *p-2Xh*p-2Xa*p-2Xd*p-2X *p-2Xe*p-2Xn*p-2Xj*p-2Xo*p-2Xy*p-2Xe*p-2Xd*p-2X *p-2Xa*p-2Xn*p-2X *p-2X"*p-2Xu*p-2Xn*p-2Xb*p-2Xe*p-2Xl*p-2Xi*p-2Xe*p-2Xv*p-2Xa*p-2Xb*p-2Xl*p-2Xe*p-2X"*p-2X *p-2Xw*p-2Xi*p-2Xn*p-2Xn*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xs*p-2Xt*p-2Xr*p-2Xe*p-2Xa*p-2Xk*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xb*p-2Xa*p-2Xs*p-2Xe*p-2Xb*p-2Xa*p-2Xll*p4684Y*p570Xb*p+2Xe*p+2Xt*p+2Xting *p+6Xduring *p+6Xthe *p+6Xlate *p+6Xsummer *p+6Xof *p+6X1992 *p+6Xand *p+6Xwon *p+6Xapproximately*p4884Y*p570X$60,000. *p5084Y*p870XT*p-2Xh*p-2Xi*p-2Xs*p-2X *p-4Xi*p-2Xn*p-2Xf*p-2Xo*p-2Xr*p-2Xm*p-2Xa*p-2Xt*p-2Xi*p-2Xo*p-2Xn*p-2X *p-4Xw*p-2Xo*p-2Xu*p-2Xl*p-2Xd*p-2X *p-4Xh*p-2Xa*p-2Xv*p-2Xe*p-2X *p-2Xb*p-2Xe*p-2Xe*p-2Xn*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xs*p-2Xo*p-2Xm*p-2Xe*p-2X *p-2Xh*p-2Xe*p-2Xl*p-2Xp*p-2X *p-2Xt*p-2Xo*p-2X *p-2XM*p-2Xa*p-2Xc*p-2Xk*p-2Xe*p-2Xy*p-2X *p-2Xa*p-2Xt*p5284Y*p570Xtr*p-2Xi*p-2Xa*p-2Xl*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xe*p-2Xx*p-2Xp*p-2Xl*p-2Xa*p-2Xi*p-2Xn*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xh*p-2Xi*p-2Xs*p-2X *p-2Xe*p-2Xx*p-2Xp*p-2Xe*p-2Xn*p-2Xd*p-2Xi*p-2Xt*p-2Xu*p-2Xr*p-2Xe*p-2Xs*p-2X *p-2Xo*p-2Xf*p-2X *p-2X$*p-2X9*p-2X0*p-2X,*p-2X0*p-2X0*p-2X0*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xf*p-2Xa*p-2Xl*p-2Xl*p-2X *p-2Xa*p-2Xnd*p5484Y*p570Xwi*p-2Xn*p-2Xt*p-2Xe*p-2Xr*p-2X *p-2Xo*p-2Xf*p-2X *p-2X1*p-2X9*p-2X9*p-2X2*p-2X,*p-2X *p-2Xa*p-2Xl*p-2Xt*p-2Xh*p-2Xo*p-2Xu*p-2Xg*p-2Xh*p-2X *p-2XM*p-2Xu*p-2Xn*p-2Xi*p-2Xc*p-2Xh*p-2Xiello also told the agents that*p890Y*p2064X*r1A*b2M*b16W÷ÿø¬ëÿàÏ*b3M*b0W*b0W*p1090Y*rB*p1024X*r1A*b2M*b18WàÓÿðóóÿà*b3M*b0W*b0W*p1290Y*b2M*b10WÒÿÆ*b3M*b0W*b0W*p2690Y*rB*p3264X*r1A*b2M*b8Wóÿà±*b3M*b0W*b0W*p3090Y*rB*p1488X*r1A*b2M*b10WìÿþÉ*b3M*b0W*b0W*rB*b0M
*p5864Y*p2310X-5-*p2310X-5-*p684Y*p570XMackey had lost about $40,000 betting on football in the fall*p884Y*p570Xo*p+2Xf*p+2X *p+50X1*p+2X9*p+2X9*p+2X2. *p+48X *p+48XBut *p+48Xat *p+48Xtrial, *p+48Xwhen *p+48XMackey *p+48Xaimed *p+48Xto *p+48Xcall *p+48Xon*p1084Y*p570XM*p+2Xu*p+2Xn*p+2Xi*p+2Xc*p+2Xh*p+2Xiello *p+24Xas *p+24Xa *p+24Xdefense *p+24Xwitness, *p+24XMunichiello *p+24Xasserted *p+24Xhis*p1284Y*p570XFifth Amendment privilege against self-incrimination (outside*p1484Y*p570Xthe *p+20Xpresence *p+20Xof *p+20Xthe *p+20Xjury) *p+20Xand *p+20Xdeclined *p+20Xto *p+20Xanswer *p+20Xquestions*p1684Y*p570Xabout his bookmaking activities with Mackey.*p1884Y*p870XThe *p+30Xgovernment *p+30Xdeclined *p+30Xto *p+30Xoffer *p+30XMunichiello *p+30Ximmunity*p2084Y*p570Xunder *p+42X18 *p+42XU.S.C. *p+42X§ *p+42X6003 *p+42Xso *p+42Xthat *p+42XMackey *p+42Xcould *p+42Xsecure *p+42Xthe*p2284Y*p570Xtestimony. The prosecutor said that he thought Munichiello's*p2484Y*p570Xstatement about the $60,000 in winnings was false (because of*p2684Y*p570Xo*p+2Xt*p+2Xh*p+2Xe*p+2Xr*p+2X *p+38Xevidence *p+36Xindicating *p+36Xthat *p+36XMackey *p+36Xhad *p+36Xno *p+36Xinterest *p+36Xin*p2884Y*p570Xbe*p-2Xt*p-2Xt*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xo*p-2Xn*p-2X *p-2Xb*p-2Xa*p-2Xs*p-2Xe*p-2Xb*p-2Xa*p-2Xl*p-2Xl*p-2X)*p-2X;*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X,*p-2X *p-2Xa*p-2Xl*p-2Xt*p-2Xh*p-2Xo*p-2Xu*p-2Xg*p-2Xh*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xp*p-2Xr*p-2Xo*p-2Xs*p-2Xe*p-2Xc*p-2Xu*p-2Xt*p-2Xo*p-2Xr*p-2X *p-2Xd*p-2Xi*p-2Xd*p-2X *p-2Xn*p-2Xo*p-2Xt*p-2X *p-2Xk*p-2Xn*p-2Xow*p3084Y*p570Xof *p+30Xany *p+30Xpending *p+30Xinvestigation *p+30Xof *p+30XMunichiello, *p+30Xhe *p+30Xsaid *p+30Xthat*p3284Y*p570Ximmunizing *p+50Xthe *p+50Xtestimony *p+50Xcould *p+50Xundermine *p+50Xpossible *p+50Xfuture*p3484Y*p570Xprosecution of Munichiello.*p3684Y*p870XM*p+2Xa*p+2Xc*p+2Xk*p+2Xe*p+2Xy*p+2X *p+6Xrequested *p+6Xthat *p+6Xthe *p+6Xcourt *p+6Xorder *p+6XMunichiello *p+6Xto *p+6Xbe*p3884Y*p570Ximmunized. The district court declined to do so, providing a*p4084Y*p570Xth*p-2Xo*p-2Xu*p-2Xg*p-2Xh*p-2Xt*p-2Xf*p-2Xu*p-2Xl*p-2X *p-2Xe*p-2Xx*p-2Xp*p-2Xl*p-2Xa*p-2Xn*p-2Xa*p-2Xt*p-2Xi*p-2Xo*p-2Xn*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xd*p-2Xi*p-2Xs*p-2Xc*p-2Xussing circuit case law on this*p4284Y*p570Xs*p+2Xu*p+2Xb*p+2Xject. *p+66X *p+66XIt *p+66Xconcluded *p+66Xthat *p+66Xthere *p+66Xwas *p+66Xno *p+66Xshowing *p+66Xof*p4484Y*p570Xprosecutorial misconduct in the refusal to seek immunity; and*p4684Y*p570Xe*p+2Xv*p+2Xe*p+2Xn *p+26Xif *p+26Xa *p+26Xright *p+26Xto *p+26Xsecure *p+26Xwitness *p+26Ximmunity *p+26Xwere *p+26Xavailable*p4884Y*p570Xwherever needed to present an "effective defense," Mackey had*p5084Y*p570Xno*p-2Xt*p-2X *p-2Xs*p-2Xh*p-2Xo*p-2Xw*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xt*p-2X *p-2XM*p-2Xu*p-2Xn*p-2Xi*p-2Xc*p-2Xh*p-2Xi*p-2Xe*p-2Xl*p-2Xl*p-2Xo*p-2X'*p-2Xs*p-2X *p-2Xt*p-2Xe*p-2Xs*p-2Xt*p-2Xi*p-2Xm*p-2Xo*p-2Xn*p-2Xy*p-2X *p-2Xw*p-2Xa*p-2Xs*p-2X *p-2Xc*p-2Xl*p-2Xe*p-2Xa*p-2Xr*p-2Xl*p-2Xy*p-2X *p-2Xe*p-2Xx*p-2Xc*p-2Xu*p-2Xl*p-2Xp*p-2Xa*p-2Xt*p-2Xo*p-2Xr*p-2Xy,*p5284Y*p570Xo*p+2Xr*p+2X *p+14Xe*p+2Xs*p+2Xs*p+2Xential *p+12Xto *p+12Xthe *p+12Xdefense, *p+12Xor *p+12Xbeing *p+12Xwithheld *p+12Xwithout *p+12Xgood*p5484Y*p570Xreason.*b0M
*p5864Y*p2310X-6-*p2310X-6-*p684Y*p870XDe*p-2Xs*p-2Xp*p-2Xi*p-2Xt*p-2Xe*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xr*p-2Xe*p-2Xf*p-2Xu*p-2Xs*p-2Xa*p-2Xl*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xc*p-2Xo*p-2Xu*p-2Xr*p-2Xt to insist upon immunity,*p884Y*p570XMa*p-2Xc*p-2Xk*p-2Xe*p-2Xy*p-2X *p-2Xm*p-2Xa*p-2Xd*p-2Xe*p-2X *p-2Xa*p-2X *p-2Xs*p-2Xt*p-2Xa*p-2Xb*p-2X *p-2Xa*p-2Xt*p-2X *p-2Xp*p-2Xr*p-2Xo*p-2Xv*p-2Xi*p-2Xd*p-2Xi*p-2Xn*p-2Xg*p-2X his baseball-winnings story to*p1084Y*p570Xt*p+2Xh*p+2Xe*p+2X *p+16Xjury. *p+14X *p+14XThe *p+14Xdefense *p+14Xfurnished *p+14Xphone-record *p+14Xevidence *p+14Xthat*p1284Y*p570XM*p+2Xa*p+2Xc*p+2Xk*p+2Xey *p+14Xregularly *p+14Xtelephoned *p+14Xhis *p+14Xbookie *p+14Xduring *p+14Xthe *p+14Xsummer *p+14Xof*p1484Y*p570X19*p-2X9*p-2X2*p-2X;*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xa*p-2Xn*p-2Xo*p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2X *p-2Xf*p-2Xr*p-2Xi*p-2Xe*p-2Xn*p-2Xd*p-2X *p-2Xo*p-2Xf*p-2X *p-2XM*p-2Xa*p-2Xc*p-2Xkey's testified that Mackey had*p1684Y*p570Xwon a substantial sum of money in the summer of 1992. Mackey*p1884Y*p570Xhimself could have testified on this subject but chose not to*p2084Y*p570Xt*p+2Xe*p+2Xs*p+2Xt*p+2Xify *p+4Xat *p+4Xall *p+4Xas *p+4Xwas *p+4Xhis *p+4Xright. *p+4X *p+4XCf. *p+4XUnited *p+4XStates *p+4Xv. *p+4XDe *p+4XLa*p2284Y*p570XCruz, *p+6X996 *p+6XF.2d *p+6X1307, *p+6X1313 *p+6X(1st *p+6XCir.), *p+6Xcert. *p+6Xdenied, *p+6X510 *p+6XU.S.*p2484Y*p570X936 (1993).*p2684Y*p870XT*p-2Xh*p-2Xe*p-2X *p-4Xp*p-2Xo*p-2Xw*p-2Xe*p-2Xr*p-2X *p-4Xt*p-2Xo*p-2X *p-4Xc*p-2Xo*p-2Xn*p-2Xf*p-2Xe*p-2Xr*p-2X *p-2Xw*p-2Xi*p-2Xt*p-2Xn*p-2Xe*p-2Xs*p-2Xs*p-2X *p-2Xi*p-2Xm*p-2Xm*p-2Xu*p-2Xn*p-2Xi*p-2Xt*p-2Xy*p-2X *p-2Xu*p-2Xn*p-2Xd*p-2Xe*p-2Xr*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xs*p-2Xt*p-2Xa*p-2Xt*p-2Xu*p-2Xt*p-2Xe*p-2X *p-2Xh*p-2Xa*p-2Xs*p2884Y*p570Xbeen given to the prosecutor, not the judge. See 18 U.S.C. §*p3084Y*p570X6*p+2X0*p+2X0*p+2X3*p+2X.*p+2X *p+34X *p+32XHowever, *p+32Xthe *p+32Xcircuits *p+32Xhave *p+32Xagreed *p+32Xthat *p+32Xin *p+32Xcertain*p3284Y*p570Xextreme *p+20Xcases *p+20Xof *p+20Xprosecutorial *p+20Xmisconduct, *p+20Xthe *p+20Xgovernment's*p3484Y*p570Xr*p+2Xe*p+2Xf*p+2Xusal *p+6Xto *p+6Xgrant *p+6Ximmunity *p+6Xcould *p+6Xjustify *p+6Xa *p+6Xcourt's *p+6Xrefusal *p+6Xto*p3684Y*p570Xallow *p+40Xthe *p+40Xprosecution *p+40Xto *p+40Xproceed. *p+40X *p+40XSee *p+40XUnited *p+40XStates *p+40Xv.*p3884Y*p570XAn*p-2Xg*p-2Xi*p-2Xu*p-2Xl*p-2Xo*p-2X,*p-2X *p-2X8*p-2X9*p-2X7*p-2X *p-2XF*p-2X.*p-2X2*p-2Xd*p-2X *p-2X1*p-2X1*p-2X6*p-2X9*p-2X,*p-2X *p-2X1*p-2X1*p-2X9*p-2X0*p-2X *p-2X(*p-2X1*p-2Xs*p-2Xt*p-2X *p-2XC*p-2Xi*p-2Xr*p-2X.*p-2X)*p-2X,*p-2X *p-2Xc*p-2Xe*p-2Xr*p-2Xt*p-2X.*p-2X *p-2Xd*p-2Xe*p-2Xn*p-2Xi*p-2Xe*p-2Xd*p-2X,*p-2X *p-2X4*p-2X9*p-2X8*p-2X *p-2XU*p-2X.*p-2XS.*p4084Y*p570X845 (1990). Indeed, Angiulo and other cases it collects, see*p4284Y*p570Xid*p-2X.*p-2X *p-2Xa*p-2Xt*p-2X *p-2X1*p-2X1*p-2X9*p-2X2*p-2X,*p-2X *p-2Xg*p-2Xo*p-2X *p-2Xb*p-2Xe*p-2Xy*p-2Xo*p-2Xn*p-2Xd*p-2X *p-2Xa*p-2Xf*p-2Xf*p-2Xi*p-2Xr*p-2Xm*p-2Xa*p-2Xt*p-2Xive misconduct and suggest that*p4484Y*p570Xthe government could not withhold immunity solely in order to*p4684Y*p570Xkeep exculpatory evidence from the jury. *p4884Y*p870XI*p+2Xn*p+2X *p+38Xt*p+2Xh*p+2Xi*p+2Xs *p+36Xcase, *p+36Xthere *p+36Xis *p+36Xno *p+36Xindication *p+36Xof *p+36Xaffirmative*p5084Y*p570Xgo*p-2Xv*p-2Xe*p-2Xr*p-2Xn*p-2Xm*p-2Xe*p-2Xn*p-2Xt*p-2X *p-2Xm*p-2Xi*p-2Xs*p-2Xc*p-2Xo*p-2Xn*p-2Xd*p-2Xu*p-2Xc*p-2Xt*p-2X,*p-2X *p-2Xs*p-2Xe*p-2Xe*p-2X *p-2Xi*p-2Xd*p-2X.*p-2X,*p-2X *p-2Xo*p-2Xr*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xt*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xg*p-2Xo*p-2Xv*p-2Xe*p-2Xr*p-2Xn*p-2Xm*p-2Xe*p-2Xn*p-2Xt*p-2X *p-2Xa*p-2Xc*p-2Xt*p-2Xe*p-2Xd*p-2X *p-2Xin*p5284Y*p570Xbad faith when it said that immunity might interfere with the*p5484Y*p570Xf*p+2Xu*p+2Xt*p+2Xu*p+2Xre *p+14Xprosecution *p+14Xof *p+14XMunichiello. *p+14X *p+14XThis *p+14Xlatter *p+14Xconcern *p+14Xhas*p2090Y*p2640X*r1A*b2M*b24W÷ÿþþÑÿþòïÿàÞ*b3M*b0W*b0W*p2290Y*rB*p560X*r1A*b2M*b17WóÿøÔÿ¸*b3M*b0W*b0W*p2890Y*rB*p3328X*r1A*b2M*b8W÷ÿà±*b3M*b0W*b0W*p3690Y*rB*p560X*r1A*b2M*b20WïöÿüÏÿøÐ*b3M*b0W*b0W*p3890Y*b2M*b16Wèÿ×ÿþ¹*b3M*b0W*b0W*p4090Y*b2M*b18W²èÿø÷ÿàÞ*b3M*b0W*b0W*p4290Y*b2M*b10W÷ÿø*b3M*b0W*b0W*p5090Y*rB*p1904X*r1A*b2M*b16W÷ÿþ÷ÿðæ*b3M*b0W*b0W*rB*b0M
*p5864Y*p2310X-7-*p2310X-7-*p684Y*p570Xbe*p-2Xe*p-2Xn*p-2X *p-2Xa*p-2X *p-2Xc*p-2Xo*p-2Xn*p-2Xs*p-2Xt*p-2Xa*p-2Xn*p-2Xt*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2Xm*p-2Xe*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xc*p-2Xi*p-2Xrcuit court opinions, e.g., id.*p884Y*p570Xa*p+2Xt*p+2X *p+16X1193, *p+16Xand *p+16Xa *p+16Xmajor *p+16Xreason *p+16Xwhy *p+16Xjudges *p+16Xhave *p+16Xnot *p+16Xshared *p+16Xthe*p1084Y*p570Xen*p-2Xt*p-2Xh*p-2Xu*p-2Xs*p-2Xi*p-2Xa*p-2Xs*p-2Xm*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xs*p-2Xt*p-2Xu*p-2Xd*p-2Xe*p-2Xn*p-2Xt*p-2X *p-2Xl*p-2Xa*p-2Xw*p-2X *p-2Xr*p-2Xe*p-2Xv*p-2Xi*p-2Xe*p-2Xw*p-2X *p-2Xe*p-2Xd*p-2Xi*p-2Xt*p-2Xo*p-2Xr*p-2Xs*p-2X *p-2Xf*p-2Xo*p-2Xr*p-2X *p-2Xc*p-2Xr*p-2Xe*p-2Xa*p-2Xt*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xa*p-2X *p-2X"*p-2Xr*p-2Xi*p-2Xg*p-2Xh*p-2Xt"*p1284Y*p570Xo*p+2Xf*p+2X *p+22Xdefendants *p+22Xto *p+22Xinsist *p+22Xon *p+22Ximmunity *p+22Xfor *p+22Xdefense *p+22Xwitnesses.*p1484Y*p570XJu*p-2Xd*p-2Xg*p-2Xe*p-2X *p-2XN*p-2Xe*p-2Xw*p-2Xm*p-2Xa*p-2Xn*p-2X'*p-2Xs*p-2X *p-2Xt*p-2Xh*p-2Xo*p-2Xr*p-2Xo*p-2Xu*p-2Xg*p-2Xh*p-2X *p-2Xd*p-2Xi*p-2Xs*p-2Xc*p-2Xu*p-2Xs*p-2Xs*p-2Xion of the subject and case law*p1684Y*p570Xin *p+18XUnited *p+18XStates *p+18Xv. *p+18XTurkish, *p+18X623 *p+18XF.2d *p+18X769, *p+18X772-79 *p+18X(2d *p+18XCir.*p1884Y*p570X1*p+2X9*p+2X8*p+2X0*p+2X), *p+14Xcert. *p+14Xdenied, *p+14X449 *p+14XU.S. *p+14X1077 *p+14X(1981), *p+14Xmakes *p+14Xrepetition*p2084Y*p570Xunnecessary.*p2284Y*p870XTh*p-2Xe*p-2X *p-2Xo*p-2Xn*p-2Xl*p-2Xy*p-2X *p-2Xo*p-2Xd*p-2Xd*p-2X *p-2Xt*p-2Xw*p-2Xi*p-2Xs*p-2Xt*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xi*p-2Xs*p-2X *p-2Xc*p-2Xa*p-2Xs*p-2Xe*p-2X is the government's claim*p2484Y*p570Xth*p-2Xa*p-2Xt*p-2X *p-2XM*p-2Xu*p-2Xn*p-2Xi*p-2Xc*p-2Xh*p-2Xi*p-2Xe*p-2Xl*p-2Xl*p-2Xo*p-2X *p-2Xw*p-2Xo*p-2Xu*p-2Xl*p-2Xd*p-2X *p-2Xh*p-2Xa*p-2Xv*p-2Xe*p-2X *p-2Xl*p-2Xi*p-2Xe*p-2Xd*p-2X *p-2Xi*p-2Xf*p-2X *p-2Xh*p-2Xe*p-2X *p-2Xh*p-2Xa*p-2Xd*p-2X *p-2Xb*p-2Xe*p-2Xe*p-2Xn*p-2X *p-2Xi*p-2Xm*p-2Xm*p-2Xu*p-2Xn*p-2Xi*p-2Xz*p-2Xe*p-2Xd*p-2X.*p-2X *p-2X *p-2XT*p-2Xhe*p2684Y*p570Xg*p+2Xo*p+2Xv*p+2Xe*p+2Xrnment's *p+14Xbelief *p+14Xwould *p+14Xobviously *p+14Xbe *p+14Xpertinent *p+14Xif *p+14Xit *p+14Xwere*p2884Y*p570Xco*p-2Xn*p-2Xs*p-2Xi*p-2Xd*p-2Xe*p-2Xr*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xw*p-2Xh*p-2Xe*p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xi*p-2Xm*p-2Xm*p-2Xu*p-2Xn*p-2Xi*p-2Xz*p-2Xe*p-2X *p-2Xw*p-2Xi*p-2Xt*p-2Xn*p-2Xe*p-2Xs*p-2Xs*p-2X *p-2Xt*p-2Xe*p-2Xs*p-2Xt*p-2Xi*p-2Xm*p-2Xo*p-2Xn*p-2Xy*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xp*p-2Xr*p-2Xe*p-2Xs*p-2Xe*p-2Xn*p-2Xt*p-2X *p-2Xas*p3084Y*p570Xpart *p+6Xof *p+6Xthe *p+6Xprosecution's *p+6Xcase. *p+6X *p+6XSee *p+6XUnited *p+6XStates *p+6Xv. *p+6XAgurs,*p3284Y*p570X4*p+2X2*p+2X7*p+2X *p+10XU*p+2X.*p+2XS*p+2X.*p+2X *p+8X97, *p+8X103 *p+8X(1976). *p+8X *p+8XBut *p+8Xone *p+8Xmight *p+8Xthink *p+8Xthat *p+8Xit *p+8Xwas *p+8Xa*p3484Y*p570Xmatter *p+20Xfor *p+20Xthe *p+20Xjury, *p+20Xnot *p+20Xthe *p+20Xprosecutor, *p+20Xto *p+20Xdecide *p+20Xwhether*p3684Y*p570Xtestimony *p+36Xseemingly *p+34Xhelpful *p+34Xto *p+34Xthe *p+34Xdefendant *p+34Xwas *p+34Xactually*p3884Y*p570Xfalse. *p+10X *p+10XSurely *p+10Xthis *p+10Xwould *p+10Xbe *p+10Xso *p+10Xif *p+10Xthe *p+10Xquestion *p+10Xwere *p+10Xone *p+10Xof*p4084Y*p570Xd*p+2Xi*p+2Xsclosing *p+8Xexculpatory *p+8Xevidence *p+8Xunder *p+8XBrady *p+8Xv. *p+8XMaryland, *p+8X373*p4284Y*p570XU.S. 83, 87 (1963).*p4484Y*p870XI*p+2Xn*p+2X *p+8Xall *p+6Xevents, *p+6Xthe *p+6Xgovernment *p+6Xhere *p+6Xdid *p+6Xhave *p+6Xa *p+6Xdistinct,*p4684Y*p570Xa*p+2Xn*p+2Xd*p+2X *p+8Xa*p+2Xs*p+2Xserted *p+6Xprimary, *p+6Xreason *p+6Xfor *p+6Xrefusing *p+6Xto *p+6Xgrant *p+6Ximmunity,*p4884Y*p570Xn*p+2Xa*p+2Xmely, *p+22Xthe *p+22Xrisk *p+22Xof *p+22Xcompromising *p+22Xany *p+22Xfuture *p+22Xprosecution *p+22Xof*p5084Y*p570XM*p+2Xu*p+2Xn*p+2Xichiello. *p+42X *p+42XMackey *p+42Xargues *p+42Xthat *p+42Xthe *p+42Xgovernment's *p+42Xactual*p5284Y*p570Xi*p+2Xn*p+2Xt*p+2Xerest *p+42Xin *p+42Xfuture *p+42Xprosecution *p+42Xof *p+42XMunichiello *p+42Xwas *p+42Xpretty*p5484Y*p570Xlimited. *p+12X *p+12XYet, *p+12Xmost *p+12Xcourts *p+12Xhave *p+12Xbeen *p+12Xunwilling *p+12Xto *p+12Xengage *p+12Xin*p690Y*p3680X*r1A*b2M*b16Wóÿøú÷ÿàÞ*b3M*b0W*b0W*p1690Y*rB*p768X*r1A*b2M*b16WÐÿþðèÿàã*b3M*b0W*b0W*p1890Y*rB*p1008X*r1A*b2M*b10W?ÔÿÃ*b3M*b0W*b0W*p3090Y*rB*p2576X*r1A*b2M*b22W÷ÿþýÐÿóïÿøÚ*b3M*b0W*b0W*p4090Y*rB*p2880X*r1A*b2M*b16WïÿòäÿË*b3M*b0W*b0W*rB*b0M
*p5864Y*p2310X-8-*p2310X-8-*p684Y*p570Xsuch a weighing of respective interests, just as they decline*p884Y*p570Xto*p-2X *p-2Xw*p-2Xe*p-2Xi*p-2Xg*p-2Xh*p-2X *p-2Xr*p-2Xi*p-2Xs*p-2Xk*p-2X *p-2Xa*p-2Xg*p-2Xa*p-2Xi*p-2Xn*p-2Xs*p-2Xt*p-2X *p-2Xn*p-2Xe*p-2Xe*p-2Xd*p-2X *p-2Xw*p-2Xh*p-2Xe*p-2Xn*p-2X *p-2Xa*p-2X *p-2Xw*p-2Xi*p-2Xt*p-2Xn*p-2Xe*p-2Xs*p-2Xs*p-2X *p-2Xc*p-2Xo*p-2Xl*p-2Xo*p-2Xr*p-2Xa*p-2Xb*p-2Xl*p-2Xy*p-2X *p-2Xa*p-2Xs*p-2Xs*p-2Xe*p-2Xr*p-2Xt*p-2Xs*p-2X *p-2Xh*p-2Xis*p1084Y*p570XF*p+2Xi*p+2Xf*p+2Xt*p+2Xh *p+44XAmendment *p+44Xprivilege. *p+44X *p+44XSuch *p+44Xan *p+44Xevaluation *p+44Xwould *p+44Xbe*p1284Y*p570Xe*p+2Xs*p+2Xp*p+2Xe*p+2Xc*p+2Xi*p+2Xally *p+6Xcumbersome *p+6Xwhere, *p+6Xas *p+6Xhere, *p+6Xthe *p+6Xsubject *p+6Xis *p+6Xlargely*p1484Y*p570Xwi*p-2Xt*p-2Xh*p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xe*p-2Xx*p-2Xp*p-2Xe*p-2Xr*p-2Xt*p-2Xi*p-2Xs*p-2Xe*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xp*p-2Xr*p-2Xo*p-2Xsecutor. See Turkish, 623 F.2d*p1684Y*p570Xat 776-77.*p1884Y*p870XI*p-2Xn*p-2X *p-4Xt*p-2Xh*p-2Xi*p-2Xs*p-2X *p-4Xc*p-2Xo*p-2Xu*p-2Xr*p-2Xt*p-2X,*p-2X *p-4XM*p-2Xa*p-2Xc*p-2Xk*p-2Xe*p-2Xy*p-2X *p-2Xr*p-2Xe*p-2Xl*p-2Xi*p-2Xe*p-2Xs*p-2X *p-2Xu*p-2Xp*p-2Xo*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xs*p-2Xo*p-2X-*p-2Xc*p-2Xa*p-2Xl*p-2Xl*p-2Xe*p-2Xd*p-2X *p-2X"*p-2Xe*p-2Xf*p-2Xf*p-2Xe*p-2Xc*p-2Xt*p-2Xi*p-2Xv*p-2Xe*p2084Y*p570Xd*p+2Xe*p+2Xf*p+2Xe*p+2Xn*p+2Xs*p+2Xe *p+66Xtheory," *p+66Xwhich *p+66Xposits *p+66Xthat *p+66Xa *p+66Xstrong *p+66Xneed *p+66Xfor*p2284Y*p570Xex*p-2Xc*p-2Xu*p-2Xl*p-2Xp*p-2Xa*p-2Xt*p-2Xo*p-2Xr*p-2Xy*p-2X *p-2Xt*p-2Xe*p-2Xs*p-2Xt*p-2Xi*p-2Xm*p-2Xo*p-2Xn*p-2Xy*p-2X *p-2Xc*p-2Xa*p-2Xn*p-2X *p-2Xo*p-2Xv*p-2Xe*p-2Xr*p-2Xr*p-2Xide even legitimate, good faith*p2484Y*p570Xobjections *p+18Xby *p+18Xthe *p+18Xprosecutor *p+18Xto *p+18Xa *p+18Xgrant *p+18Xof *p+18Ximmunity. *p+18X *p+18XThis*p2684Y*p570Xth*p-2Xe*p-2Xo*p-2Xr*p-2Xy*p-2X *p-2Xh*p-2Xa*p-2Xs*p-2X *p-2Xb*p-2Xe*p-2Xe*p-2Xn*p-2X *p-2Xa*p-2Xc*p-2Xc*p-2Xe*p-2Xp*p-2Xt*p-2Xe*p-2Xd*p-2X *p-2Xo*p-2Xn*p-2Xl*p-2Xy*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xo*p-2Xn*p-2Xe*p-2X *p-2Xc*p-2Xi*p-2Xr*p-2Xc*p-2Xu*p-2Xi*p-2Xt*p-2X,*p-2X *p-2Xs*p-2Xe*p-2Xe*p-2X *p-2XG*p-2Xo*p-2Xv*p-2Xe*p-2Xr*p-2Xn*p-2Xm*p-2Xe*p-2Xn*p-2Xt*p-2X *p-2Xof*p2884Y*p570Xth*p-2Xe*p-2X *p-2XV*p-2Xi*p-2Xr*p-2Xg*p-2Xi*p-2Xn*p-2X *p-2XI*p-2Xs*p-2Xl*p-2Xa*p-2Xn*p-2Xd*p-2Xs*p-2X *p-2Xv*p-2X.*p-2X *p-2XS*p-2Xm*p-2Xi*p-2Xt*p-2Xh*p-2X,*p-2X *p-2X6*p-2X1*p-2X5 F.2d 964, 974 (3d Cir. 1980),*p3084Y*p570Xb*p+2Xu*p+2Xt*p+2X *p+12Xr*p+2Xejected *p+10Xin *p+10Xa *p+10Xnumber *p+10Xof *p+10Xcircuits. *p+10X *p+10XAngiulo, *p+10X897 *p+10XF.2d *p+10Xat*p3284Y*p570X1*p+2X1*p+2X9*p+2X1 *p+6X(collecting *p+6Xcitations). *p+6X *p+6XFor *p+6Xreasons *p+6Xamply *p+6Xset *p+6Xforth *p+6Xin*p3484Y*p570XTurkish, *p+24Xwe *p+24Xthink *p+24Xthe *p+24Xmajority *p+24Xview *p+24Xis *p+24Xsound *p+24Xand *p+24Xthat, *p+24Xin*p3684Y*p570Xge*p-2Xn*p-2Xe*p-2Xr*p-2Xa*p-2Xl*p-2X,*p-2X *p-2Xc*p-2Xo*p-2Xu*p-2Xr*p-2Xt*p-2Xs*p-2X *p-2Xh*p-2Xa*p-2Xv*p-2Xe*p-2X *p-2Xn*p-2Xo*p-2X *p-2Xp*p-2Xo*p-2Xw*p-2Xe*p-2Xr*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xc*p-2Xo*p-2Xm*p-2Xp*p-2Xe*p-2Xl*p-2X *p-2Xi*p-2Xm*p-2Xm*p-2Xu*p-2Xn*p-2Xi*p-2Xt*p-2Xy*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xf*p-2Xa*p-2Xc*p-2Xe*p-2X *p-2Xof*p3884Y*p570Xa good faith refusal by the prosecutor.*p4084Y*p870XP*p+2Xe*p+2Xr*p+2Xhaps *p+6Xan *p+6Xexception *p+6Xto *p+6Xthis *p+6Xrule *p+6Xmight *p+6Xexist *p+6Xupon *p+6Xvery*p4284Y*p570Xex*p-2Xt*p-2Xr*p-2Xe*p-2Xm*p-2Xe*p-2X *p-2Xf*p-2Xa*p-2Xc*p-2Xt*p-2Xs*p-2X.*p-2X *p-2X *p-2XI*p-2Xm*p-2Xa*p-2Xg*p-2Xi*p-2Xn*p-2Xe*p-2X *p-2Xa*p-2X *p-2Xc*p-2Xa*p-2Xs*p-2Xe*p-2X *p-2Xwhere the prosecutor has only a*p4484Y*p570Xt*p+2Xr*p+2Xi*p+2Xvial *p+42Xinterest *p+42Xin *p+42Xwithholding *p+42Ximmunity *p+42Xand--to *p+42Xavoid *p+42Xa*p4684Y*p570Xcomplete *p+80Xmiscarriage *p+80Xof *p+80Xjustice--the *p+80Xdefendant *p+80Xhas *p+80Xan*p4884Y*p570Xov*p-2Xe*p-2Xr*p-2Xw*p-2Xh*p-2Xe*p-2Xl*p-2Xm*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xn*p-2Xe*p-2Xe*p-2Xd*p-2X *p-2Xf*p-2Xo*p-2Xr*p-2X *p-2Xs*p-2Xp*p-2Xe*p-2Xc*p-2Xi*p-2Xf*p-2Xi*p-2Xc*p-2X *p-2Xe*p-2Xx*p-2Xc*p-2Xu*p-2Xl*p-2Xp*p-2Xa*p-2Xt*p-2Xo*p-2Xr*p-2Xy*p-2X *p-2Xe*p-2Xv*p-2Xi*p-2Xd*p-2Xe*p-2Xn*p-2Xc*p-2Xe*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xt*p-2X *p-2Xc*p-2Xa*p-2Xn*p-2X *p-2Xbe*p5084Y*p570Xse*p-2Xc*p-2Xu*p-2Xr*p-2Xe*p-2Xd*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xn*p-2Xo*p-2X *p-2Xw*p-2Xa*p-2Xy*p-2X *p-2Xo*p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xr*p-2Xo*p-2Xu*p-2Xg*p-2Xh*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xg*p-2Xr*p-2Xa*p-2Xn*p-2Xt*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xi*p-2Xm*p-2Xm*p-2Xu*p-2Xn*p-2Xi*p-2Xt*p-2Xy*p-2X.*p-2X *p-2X *p-2XAt*p5284Y*p570Xleast, *p+24Xsuch *p+24Xa *p+24Xcase *p+24Xmight *p+24Xpresent *p+24Xa *p+24Xquestion *p+24Xunder *p+24Xthe *p+24XDue*p1490Y*p2960X*r1A*b2M*b16W÷ÿþþèÿþ¸*b3M*b0W*b0W*p2690Y*rB*p560X*r1A*b2M*b18WÚ÷ÿàþÒÿàÞ*b3M*b0W*b0W*p2890Y*b2M*b16WÀÿóðÿøÛ*b3M*b0W*b0W*p3090Y*b2M*b12Wéèÿü«*b3M*b0W*b0W*p3490Y*b2M*b10Wèÿþ*b3M*b0W*b0W*rB*b0M
*p5864Y*p2310X-9-*p2310X-9-*p684Y*p570XProcess Clause of the Fifth Amendment. The present facts are*p884Y*p570Xnot within a country mile of a constitutional violation.*p1084Y*p870X3.*p1170XB*p+2Xa*p+2Xl*p+2Xk*p+2Xed *p+16Xby *p+16Xthe *p+16Xrefusal *p+16Xto *p+16Xrequire *p+16Ximmunity, *p+16XMackey*p1284Y*p570Xas*p-2Xk*p-2Xe*p-2Xd*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xc*p-2Xo*p-2Xu*p-2Xr*p-2Xt*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xa*p-2Xd*p-2Xm*p-2Xi*p-2Xt*p-2X *p-2Xa*p-2Xs*p-2X *p-2Xe*p-2Xv*p-2Xi*p-2Xd*p-2Xe*p-2Xn*p-2Xc*p-2Xe*p-2X *p-2XM*p-2Xu*p-2Xn*p-2Xi*p-2Xc*p-2Xh*p-2Xi*p-2Xe*p-2Xl*p-2Xl*p-2Xo*p-2X'*p-2Xs*p-2X *p-2Xo*p-2Xu*p-2Xt*p-2X-*p-2Xo*p-2Xf*p-2X-*p-2Xc*p-2Xo*p-2Xu*p-2Xrt*p1484Y*p570Xstatement *p+30Xto *p+30Xthe *p+30Xinvestigating *p+30Xagents *p+30Xthat *p+30XMackey *p+30Xhad *p+30Xwon*p1684Y*p570X$*p+2X6*p+2X0*p+2X,*p+2X0*p+2X0*p+2X0*p+2X *p+6Xon *p+4Xbaseball *p+4Xbets *p+4Xin *p+4Xthe *p+4Xsummer *p+4Xof *p+4X1992. *p+4X *p+4XTo *p+4Xovercome*p1884Y*p570Xthe hearsay objection, Mackey invoked both the public records*p2084Y*p570Xexception, *p+30XFed. *p+30XR. *p+30XEvid. *p+30X803(8)(C), *p+30Xand *p+30Xthe *p+30Xexception *p+30Xfor*p2284Y*p570Xs*p+2Xt*p+2Xa*p+2Xt*p+2Xements *p+16Xagainst *p+16Xpenal *p+16Xinterest, *p+16XFed. *p+16XR. *p+16XEvid. *p+16X804(b)(3).*p2484Y*p570XT*p+2Xh*p+2Xe*p+2X *p+8Xd*p+2Xi*p+2Xstrict *p+6Xcourt *p+6Xgave *p+6Xcareful *p+6Xconsideration *p+6Xto *p+6Xthe *p+6Xrequest*p2684Y*p570Xa*p+2Xn*p+2Xd*p+2X *p+38Xu*p+2Xl*p+2Xtimately *p+36Xruled *p+36Xthat *p+36Xneither *p+36Xexception *p+36Xapplied. *p+36X *p+36XWe*p2884Y*p570Xconsider the two provisions in order.*p3084Y*p870XOn its face, the FBI report recording the interview with*p3284Y*p570XMu*p-2Xn*p-2Xi*p-2Xc*p-2Xh*p-2Xi*p-2Xe*p-2Xl*p-2Xl*p-2Xo*p-2X *p-2Xm*p-2Xi*p-2Xg*p-2Xh*p-2Xt*p-2X *p-2Xa*p-2Xt*p-2X *p-2Xf*p-2Xi*p-2Xr*p-2Xs*p-2Xt*p-2X *p-2Xg*p-2Xl*p-2Xa*p-2Xn*p-2Xc*p-2Xe*p-2X *p-2Xa*p-2Xp*p-2Xp*p-2Xe*p-2Xa*p-2Xr*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xf*p-2Xi*p-2Xt*p-2X *p-2Xw*p-2Xi*p-2Xt*p-2Xh*p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xb*p-2Xo*p-2Xdy*p3484Y*p570Xo*p+2Xf*p+2X *p+14Xt*p+2Xh*p+2Xe*p+2X *p+12Xpublic *p+12Xrecords *p+12Xexception. *p+12X *p+12XThe *p+12Xpertinent *p+12Xlanguage *p+12Xof*p3684Y*p570XRule 803(8)(C) creates a hearsay exception that includes:*p3884Y*p1170XRecords, *p+60Xreports, *p+60Xstatements, *p+60Xor *p+60Xdata*p3984Y*p1170Xcompilations, *p+60Xin *p+60Xany *p+60Xform, *p+60Xof *p+60Xpublic*p4084Y*p1170Xo*p+2Xf*p+2Xfices *p+8Xor *p+8Xagencies, *p+8Xsetting *p+8Xforth *p+8X. *p+8X. *p+8X.*p4184Y*p1170X[where *p+12Xoffered *p+12Xagainst *p+12Xthe *p+12Xgovernment *p+12Xin*p4284Y*p1170Xcr*p-2Xi*p-2Xm*p-2Xi*p-2Xn*p-2Xa*p-2Xl*p-2X *p-2Xc*p-2Xa*p-2Xs*p-2Xe*p-2Xs*p-2X]*p-2X *p-2Xf*p-2Xa*p-2Xc*p-2Xt*p-2Xu*p-2Xa*p-2Xl*p-2X *p-2Xf*p-2Xi*p-2Xn*p-2Xd*p-2Xi*p-2Xn*p-2Xg*p-2Xs resulting*p4384Y*p1170Xfrom *p+36Xan *p+36Xinvestigation *p+36Xmade *p+36Xpursuant *p+36Xto*p4484Y*p1170Xauthority *p+60Xgranted *p+60Xby *p+60Xlaw, *p+60Xunless *p+60Xthe*p4584Y*p1170Xsources *p+150Xof *p+150Xinformation *p+150Xor *p+150Xother*p4684Y*p1170Xc*p+4Xi*p+4Xr*p+2Xc*p+2Xu*p+2Xm*p+2Xs*p+2Xt*p+2Xa*p+2Xn*p+2Xc*p+2Xe*p+2Xs*p+2X *p+202Xi*p+2Xn*p+2Xd*p+2Xi*p+2Xc*p+2Xa*p+2Xt*p+2Xe*p+2X *p+202Xl*p+2Xa*p+2Xc*p+2Xk*p+2X *p+202Xo*p+2Xf*p4784Y*p1170Xtrustworthiness.*p4984Y*p870XT*p+2Xh*p+2Xe*p+2X *p+14XF*p+2XB*p+2XI *p+12Xreport, *p+12Xhowever, *p+12Xdid *p+12Xnot *p+12Xfind *p+12Xor *p+12Xconclude *p+12Xthat*p5184Y*p570XM*p+2Xa*p+2Xc*p+2Xkey *p+6Xhad *p+6Xwon *p+6X$60,000, *p+6Xbut *p+6Xmerely *p+6Xthat *p+6XMunichiello *p+6Xhad *p+6Xmade*p5384Y*p570Xthat *p+6Xstatement. *p+6X *p+6XIn *p+6Xline *p+6Xwith *p+6Xthe *p+6Xadvisory *p+6Xcommittee *p+6Xnote *p+6Xto*p5584Y*p570XRu*p-2Xl*p-2Xe*p-2X *p-2X8*p-2X0*p-2X3*p-2X(*p-2X8*p-2X)*p-2X,*p-2X *p-2Xd*p-2Xe*p-2Xc*p-2Xi*p-2Xs*p-2Xi*p-2Xo*p-2Xn*p-2Xs*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xi*p-2Xs*p-2X *p-2Xa*p-2Xn*p-2Xd*p-2X *p-2Xo*p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2X *p-2Xc*p-2Xi*p-2Xr*p-2Xc*p-2Xu*p-2Xi*p-2Xt*p-2Xs*p-2X *p-2Xs*p-2Xq*p-2Xu*p-2Xa*p-2Xr*p-2Xe*p-2Xl*p-2Xy*p-2X *p-2Xh*p-2Xo*p-2Xld*b0M
*p5864Y*p2280X-10-*p2280X-10-*p684Y*p570Xt*p+2Xh*p+2Xa*p+2Xt*p+2X *p+8Xh*p+2Xearsay *p+6Xstatements *p+6Xby *p+6Xthird *p+6Xpersons *p+6Xsuch *p+6Xas *p+6XMunichiello*p884Y*p570Xa*p+2Xr*p+2Xe*p+2X *p+16Xnot *p+14Xadmissible *p+14Xunder *p+14Xthis *p+14Xexception *p+14Xmerely *p+14Xbecause *p+14Xthey*p1084Y*p570Xap*p-2Xp*p-2Xe*p-2Xa*p-2Xr*p-2X *p-2Xw*p-2Xi*p-2Xt*p-2Xh*p-2Xi*p-2Xn*p-2X *p-2Xp*p-2Xu*p-2Xb*p-2Xl*p-2Xi*p-2Xc*p-2X *p-2Xr*p-2Xe*p-2Xc*p-2Xo*p-2Xr*p-2Xd*p-2Xs*p-2X.*p-2X *p-2X *p-2XUnited States v. Tajeddini, 945*p1284Y*p570XF.*p-2X2*p-2Xd*p-2X *p-2X4*p-2X5*p-2X8*p-2X,*p-2X *p-2X4*p-2X6*p-2X4*p-2X-*p-2X6*p-2X5*p-2X *p-2X(*p-2X1*p-2Xs*p-2Xt*p-2X *p-2XC*p-2Xi*p-2Xr*p-2X.*p-2X *p-2X1*p-2X9*p-2X9*p-2X1*p-2X) (citing cases), cert. denied,*p1484Y*p570X505 *p+36XU.S. *p+36X1211 *p+36X(1992). *p+36X *p+36XThis *p+36Xis *p+36Xthe *p+36Xsame *p+36X"hearsay *p+36Xwithin*p1684Y*p570Xhearsay" problem that is familiar in many contexts.*p1884Y*p870XI*p+2Xf*p+2X *p+16XM*p+2Xunichiello's *p+14Xstatement *p+14Xto *p+14Xthe *p+14XFBI *p+14Xagent *p+14Xwas *p+14Xitself*p2084Y*p570Xa*p+2Xd*p+2Xm*p+2Xi*p+2Xssible *p+16Xunder *p+16Xsome *p+16Xhearsay *p+16Xexception, *p+16Xthen *p+16Xthe *p+16Xstatement*p2284Y*p570Xc*p+2Xo*p+2Xu*p+2Xl*p+2Xd *p+14Xhave *p+14Xbeen *p+14Xproved *p+14Xstraightforwardly *p+14Xby *p+14Xcalling *p+14Xthe *p+14XFBI*p2484Y*p570Xag*p-2Xe*p-2Xn*p-2Xt*p-2X *p-2Xo*p-2Xr*p-2X *p-2Xp*p-2Xo*p-2Xs*p-2Xs*p-2Xi*p-2Xb*p-2Xl*p-2Xy*p-2X *p-2Xt*p-2Xh*p-2Xr*p-2Xo*p-2Xu*p-2Xg*p-2Xh*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2XF*p-2XBI report. Rule 804(b)(3) does*p2684Y*p570Xad*p-2Xm*p-2Xi*p-2Xt*p-2X *p-2Xh*p-2Xe*p-2Xa*p-2Xr*p-2Xs*p-2Xa*p-2Xy*p-2X *p-2Xs*p-2Xt*p-2Xa*p-2Xt*p-2Xe*p-2Xm*p-2Xe*p-2Xn*p-2Xt*p-2Xs*p-2X,*p-2X *p-2Xw*p-2Xh*p-2Xe*p-2Xr*p-2Xe*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xw*p-2Xi*p-2Xt*p-2Xn*p-2Xe*p-2Xs*p-2Xs*p-2X *p-2Xi*p-2Xs*p-2X *p-2Xn*p-2Xo*p-2Xw*p-2X *p-2Xu*p-2Xn*p-2Xa*p-2Xv*p-2Xa*p-2Xi*p-2Xl*p-2Xa*p-2Xb*p-2Xl*p-2Xe,*p2884Y*p570Xw*p+2Xh*p+2Xi*p+2Xc*p+2Xh*p+2X *p+34Xso *p+32Xfar *p+32Xtended *p+32Xto *p+32Xsubject *p+32Xthe *p+32Xdeclarant *p+32Xto *p+32Xcriminal*p3084Y*p570Xliability *p+20Xthat *p+20Xa *p+20Xreasonable *p+20Xperson *p+20Xwould *p+20Xnot *p+20Xhave *p+20Xmade *p+20Xthe*p3284Y*p570Xs*p+2Xt*p+2Xa*p+2Xt*p+2Xe*p+2Xment *p+10Xunless *p+10Xbelieving *p+10Xit *p+10Xto *p+10Xbe *p+10Xtrue. *p+10X *p+10XBut *p+10Xa *p+10Xproviso *p+10Xto*p3484Y*p570Xthis portion of the rule states:*p3684Y*p870XA*p+2X *p+44Xs*p+2Xtatement *p+42Xtending *p+42Xto *p+42Xexpose *p+42Xthe *p+42Xdeclarant *p+42Xto*p3784Y*p870Xcriminal *p+40Xliability *p+40Xand *p+40Xoffered *p+40Xto *p+40Xexculpate *p+40Xthe*p3884Y*p870Xaccused *p+60Xis *p+60Xnot *p+60Xadmissible *p+60Xunless *p+60Xcorroborating*p3984Y*p870Xc*p+2Xi*p+2Xrcumstances *p+14Xclearly *p+14Xindicate *p+14Xthe *p+14Xtrustworthiness*p4084Y*p870Xof the statement.*p4284Y*p870XT*p+2Xh*p+2Xe*p+2X *p+8Xu*p+2Xn*p+2Xderlying *p+6Xconcern, *p+6Xof *p+6Xcourse, *p+6Xis *p+6Xthat *p+6Xone *p+6Xcriminal*p4484Y*p570Xcan make out-of-court statements exculpating another and then*p4684Y*p570Xra*p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2X *p-2Xe*p-2Xa*p-2Xs*p-2Xi*p-2Xl*p-2Xy*p-2X *p-2Xc*p-2Xl*p-2Xa*p-2Xi*p-2Xm*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xp*p-2Xr*p-2Xi*p-2Xv*p-2Xi*p-2Xl*p-2Xe*p-2Xge when the government seeks to*p4884Y*p570Xcr*p-2Xo*p-2Xs*p-2Xs*p-2X-*p-2Xe*p-2Xx*p-2Xa*p-2Xm*p-2Xi*p-2Xn*p-2Xe*p-2X *p-2Xh*p-2Xi*p-2Xm*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xd*p-2Xi*p-2Xs*p-2Xc*p-2Xr*p-2Xe*p-2Xd*p-2Xi*p-2Xt*p-2X *p-2Xthe statement. The proviso, in*p5084Y*p570Xinsisting *p+36Xon *p+34Xcorroborating *p+34Xcircumstances, *p+34Xis *p+34Xan *p+34Xeffort *p+34Xto*p5284Y*p570Xadjust *p+18Xthe *p+18Xbalance. *p+18X *p+18XWe *p+18Xhave *p+18Xsaid *p+18Xthat *p+18Xthe *p+18Xrequirement *p+18Xfor*p5484Y*p570Xco*p-2Xr*p-2Xr*p-2Xo*p-2Xb*p-2Xo*p-2Xr*p-2Xa*p-2Xt*p-2Xi*p-2Xo*p-2Xn*p-2X *p-2Xi*p-2Xs*p-2X *p-2Xn*p-2Xo*p-2Xt*p-2X *p-2Xu*p-2Xn*p-2Xr*p-2Xe*p-2Xa*p-2Xl*p-2Xi*p-2Xs*p-2Xt*p-2Xi*p-2Xc*p-2Xa*p-2Xl*p-2Xl*p-2Xy*p-2X *p-2Xs*p-2Xe*p-2Xv*p-2Xe*p-2Xr*p-2Xe*p-2X *p-2Xb*p-2Xu*p-2Xt*p-2X *p-2Xd*p-2Xo*p-2Xe*p-2Xs*p-2X *p-2Xg*p-2Xo*p-2X *p-2X"*p-2Xb*p-2Xe*p-2Xy*p-2Xo*p-2Xnd*p1090Y*p2368X*r1A*b2M*b16WÒÿþóàÿøË*b3M*b0W*b0W*p1290Y*b2M*b10W¾ÕÿøÚ*b3M*b0W*b0W*rB*b0M
*p5864Y*p2280X-11-*p2280X-11-*p684Y*p570Xminimal *p+30Xcorroboration" *p+30Xand *p+30Xthat *p+30Xthe *p+30Xdistrict *p+30Xcourt *p+30Xhas *p+30X"a*p884Y*p570Xsubstantial *p+36Xdegree *p+34Xof *p+34Xdiscretion *p+34Xin *p+34Xmaking *p+34Xthis *p+34Ximportant*p1084Y*p570Xf*p+2Xi*p+2Xn*p+2Xd*p+2Xing *p+14Xon *p+14Xtrustworthiness." *p+14X *p+14XUnited *p+14XStates *p+14Xv. *p+14XBarrett, *p+14X539*p1284Y*p570XF.2d 244, 253 (1st Cir. 1976).*p1484Y*p870XTh*p-2Xe*p-2Xr*p-2Xe*p-2X *p-2Xw*p-2Xa*p-2Xs*p-2X *p-2Xp*p-2Xl*p-2Xe*p-2Xn*p-2Xt*p-2Xy*p-2X *p-2Xo*p-2Xf*p-2X *p-2Xc*p-2Xo*p-2Xr*p-2Xr*p-2Xo*p-2Xb*p-2Xo*p-2Xr*p-2Xa*p-2Xt*p-2Xi*p-2Xon that Mackey placed bets*p1684Y*p570Xwith Munichiello. But for a statement to be admissible under*p1884Y*p570Xth*p-2Xe*p-2X *p-2Xe*p-2Xx*p-2Xc*p-2Xe*p-2Xp*p-2Xt*p-2Xi*p-2Xo*p-2Xn*p-2X,*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2Xe*p-2X *p-2Xm*p-2Xu*p-2Xs*p-2Xt*p-2X *p-2Xb*p-2Xe*p-2X *p-2Xi*p-2Xn*p-2Xdicia of trustworthiness of the*p2084Y*p570Xs*p+2Xp*p+2Xe*p+2Xc*p+2Xific, *p+16X"essential" *p+16Xassertions, *p+16Xnot *p+16Xmerely *p+16Xof *p+16Xother *p+16Xfacts*p2284Y*p570Xco*p-2Xn*p-2Xt*p-2Xa*p-2Xi*p-2Xn*p-2Xe*p-2Xd*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xs*p-2Xt*p-2Xa*p-2Xt*p-2Xe*p-2Xm*p-2Xe*p-2Xn*p-2Xt*p-2X.*p-2X *p-2X *p-2XU*p-2Xn*p-2Xi*p-2Xt*p-2Xe*p-2Xd*p-2X *p-2XS*p-2Xt*p-2Xa*p-2Xt*p-2Xe*p-2Xs*p-2X *p-2Xv*p-2X.*p-2X *p-2XZ*p-2Xi*p-2Xr*p-2Xp*p-2Xo*p-2Xl*p-2Xo*p-2X,*p-2X *p-2X7*p-2X0*p-2X4*p-2X *p-2XF*p-2X.*p-2X2d*p2484Y*p570X23, *p+24X27 *p+24Xn.4 *p+24X(1st *p+24XCir.), *p+24Xcert. *p+24Xdenied, *p+24X464 *p+24XU.S. *p+24X822 *p+24X(1983).*p2684Y*p570XHere, *p+12Xthe *p+12Xissue *p+12Xin *p+12Xthe *p+12Xdistrict *p+12Xcourt *p+12Xwas *p+12Xwhether *p+12Xthere *p+12Xwas*p2884Y*p570Xev*p-2Xi*p-2Xd*p-2Xe*p-2Xn*p-2Xc*p-2Xe*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xt*p-2X *p-2X"*p-2Xc*p-2Xl*p-2Xe*p-2Xa*p-2Xr*p-2Xl*p-2Xy*p-2X *p-2Xi*p-2Xn*p-2Xd*p-2Xi*p-2Xc*p-2Xa*p-2Xt*p-2Xe*p-2X[s] the trustworthiness" of the*p3084Y*p570Xs*p+2Xp*p+2Xe*p+2Xc*p+2Xi*p+2Xf*p+2Xic *p+36Xstatement *p+36Xthat *p+36XMackey *p+36Xwon *p+36Xlarge *p+36Xsums *p+36Xbetting *p+36Xon*p3284Y*p570Xbaseball in the summer of 1992.*p3484Y*p870XOne *p+30Xof *p+30XMackey's *p+30Xfriends *p+30Xtestified *p+30Xthat *p+30XMackey *p+30Xbet *p+30Xon*p3684Y*p570Xbaseball and won at least $40,000 on baseball gambling in the*p3884Y*p570Xla*p-2Xt*p-2Xe*p-2X *p-2Xs*p-2Xu*p-2Xm*p-2Xm*p-2Xe*p-2Xr*p-2X *p-2Xo*p-2Xf*p-2X *p-2X1*p-2X9*p-2X9*p-2X2*p-2X.*p-2X *p-2X *p-2XB*p-2Xu*p-2Xt*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2Xr*p-2Xe*p-2X was no other specific evidence*p4084Y*p570Xo*p+2Xf*p+2X *p+14Xa*p+2X *p+14Xl*p+2Xong *p+12Xwinning *p+12Xstreak *p+12Xor *p+12Xlarge *p+12Xwinnings, *p+12Xalthough *p+12XMackey*p4284Y*p570Xa*p+2Xp*p+2Xp*p+2Xarently *p+42Xdiscussed *p+42Xhis *p+42Xbetting *p+42Xopenly *p+42Xwith *p+42Xfriends *p+42Xand*p4484Y*p570Xf*p+2Xa*p+2Xm*p+2Xi*p+2Xl*p+2Xy*p+2X; *p+6Xand, *p+6Xmore *p+6Ximportant, *p+6Xtwo *p+6Xof *p+6XMackey's *p+6Xgirlfriends *p+6Xwho*p4684Y*p570Xwe*p-2Xr*p-2Xe*p-2X *p-2Xf*p-2Xa*p-2Xm*p-2Xi*p-2Xl*p-2Xi*p-2Xa*p-2Xr*p-2X *p-2Xw*p-2Xi*p-2Xt*p-2Xh*p-2X *p-2Xh*p-2Xi*p-2Xs*p-2X *p-2Xb*p-2Xe*p-2Xt*p-2Xt*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xh*p-2Xa*p-2Xb*p-2Xi*p-2Xt*p-2Xs*p-2X *p-2Xt*p-2Xe*p-2Xs*p-2Xt*p-2Xi*p-2Xf*p-2Xi*p-2Xe*p-2Xd*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xt*p-2X *p-2XM*p-2Xa*p-2Xc*p-2Xk*p-2Xe*p-2Xy*p-2X *p-2Xw*p-2Xas*p4884Y*p570Xno*p-2Xt*p-2X *p-2Xi*p-2Xn*p-2Xt*p-2Xe*p-2Xr*p-2Xe*p-2Xs*p-2Xt*p-2Xe*p-2Xd*p-2X *p-2Xi*p-2Xn*p-2X *p-2Xb*p-2Xa*p-2Xs*p-2Xe*p-2Xb*p-2Xa*p-2Xl*p-2Xl*p-2X.*p-2X *p-2X *p-2XM*p-2Xu*p-2Xn*p-2Xi*p-2Xc*p-2Xh*p-2Xi*p-2Xe*p-2Xl*p-2Xl*p-2Xo*p-2X *p-2Xm*p-2Xa*p-2Xy*p-2X *p-2Xw*p-2Xe*p-2Xl*p-2Xl*p-2X *p-2Xh*p-2Xa*p-2Xv*p-2Xe*p-2X *p-2Xt*p-2Xo*p-2Xl*p-2Xd*p-2X *p-2Xt*p-2Xhe*p5084Y*p570Xtr*p-2Xu*p-2Xt*p-2Xh*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xa*p-2Xg*p-2Xe*p-2Xn*p-2Xt*p-2Xs*p-2X *p-2Xb*p-2Xu*p-2Xt*p-2X,*p-2X *p-2Xo*p-2Xn*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xf*p-2Xa*p-2Xc*p-2Xt*p-2Xs*p-2X *p-2Xj*p-2Xu*p-2Xs*p-2Xt*p-2X *p-2Xr*p-2Xe*p-2Xc*p-2Xi*p-2Xt*p-2Xe*p-2Xd*p-2X,*p-2X *p-2Xw*p-2Xe*p-2X *p-2Xt*p-2Xh*p-2Xi*p-2Xn*p-2Xk*p-2X *p-2Xit*p5284Y*p570Xim*p-2Xp*p-2Xo*p-2Xs*p-2Xs*p-2Xi*p-2Xb*p-2Xl*p-2Xe*p-2X *p-2Xt*p-2Xo*p-2X *p-2Xs*p-2Xa*p-2Xy*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xt*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xd*p-2Xi*p-2Xs*p-2Xt*p-2Xr*p-2Xi*p-2Xc*p-2Xt*p-2X *p-2Xc*p-2Xo*p-2Xu*p-2Xr*p-2Xt*p-2X *p-2Xa*p-2Xb*p-2Xu*p-2Xs*p-2Xe*p-2Xd*p-2X *p-2Xi*p-2Xt*p-2Xs*p-2X *p-2Xd*p-2Xi*p-2Xs*p-2Xc*p-2Xr*p-2Xe*p-2Xt*p-2Xi*p-2Xon*p1090Y*p2432X*r1A*b2M*b16WÑÿüñèÿüÊ*b3M*b0W*b0W*p2290Y*rB*p2064X*r1A*b2M*b16WöÒÿóéÿþ¹*b3M*b0W*b0W*p2490Y*b2M*b8WÔÿþ*b3M*b0W*b0W*rB*b0M
*p5864Y*p2280X-12-*p2280X-12-*p684Y*p570Xin*p-2X *p-2Xc*p-2Xo*p-2Xn*p-2Xc*p-2Xl*p-2Xu*p-2Xd*p-2Xi*p-2Xn*p-2Xg*p-2X *p-2Xt*p-2Xh*p-2Xa*p-2Xt*p-2X *p-2Xt*p-2Xh*p-2Xe*p-2X *p-2Xc*p-2Xi*p-2Xr*p-2Xc*p-2Xu*p-2Xm*p-2Xs*p-2Xt*p-2Xances did not "clearly indicate*p884Y*p570Xthe trustworthiness of the statement."*p1084Y*p870XAffirmed.*p1090Y*p864X*r1A*b2M*b10Wàÿ®*b3M*b0W*b0W*rBE%-12345X